AO 243 (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

E-FILED
Tuesday, 10 May, 2005 02:59:24 PM
Clerk, U.S. District Court, ILCD

| United States District Court | District **Illinois Central District** | | |
|---|---|---|---|
| Name of Movant **Richard Mitchell** | Prisoner No. **13113-026** | | Case No. **03-9c021-001** |
| Place of Confinement **USP Terre Haute P.O. Box 12015, Terre Haute Ind. 47801** | | | |

UNITED STATES OF AMERICA    V.    **Richard Mitchell**
(name under which convicted)

MAY 9 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack **U.S. District Court Rock Island, Illinois**

2. Date of judgment of conviction **05-14-2004**

3. Length of sentence **Mandatory Life Sentence**

4. Nature of offense involved (all counts) **Title 21 U.S.C. § 841 and 846 (B)(1)(A) Conspiracy to Manufacture Methamphetamine Count 1; Title 21 U.S.C. § 841(A)(1) & (B)(1)(C); Attempt to Manufacture Methamphetamine Count 2**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court ___N/A_____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☒

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Name of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Petitioner, Richard Mitchell, Requested his Attorney to file a Notice of appeal which Defense Counsel failed to Comply Too Denied Petition his (5th) fifth Amendment Right to Due Process of the Law And to the Court of appeals constitutes ineffective assistance of Counsel And Cause Petitioner Prejudice there from (See Strickland vs Washington 466 45 668, 104 SCT 2052, 80) (see Evitts v Lucey 469 US 387, 105 SCT 830, 83 LED 20 821 '1985' Holding that the Right to Effective assistance of Counsel extends to the first appeal as a Right.)

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
✓ (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled. ✓
(i) Denial of effective assistance of counsel. ✓
(j) Denial of right of appeal. ✓

A. Ground one: Counsel Ineffective During Plea Agreement

Supporting FACTS (state *briefly* without citing cases or law): Petitioner Plea agreement was the Result of BAD LEgal advise And no Sentencing Strategies Counsel Never put any Safe guards in Place to stop A unwanted Life Sentence. Violating Rule 11, Due process And 6; Amendment Right to Jury trial.

B. Ground two: Counsel Ineffective for Not appealing Sentence, or with Drawing Plea after many Request from Petitioner

Supporting FACTS (state *briefly* without citing cases or law): Petitioner waited 10 days for Counsel to ~~appeal~~ appeal or with Draw from Case.

Right to appeal must to waived knowingly or voluntary on the Record or appeal must be Granted for Due Process 5; Amendment Right. Petitioner Life Sentence should have been appealed.

C. Ground three: Ineffective for not appealing Gun Issue

Supporting FACTS (state *briefly* without citing cases or law): Gun Issue us argued at Sentencing but Never appealed to Challenge 6 Amendment Right to Jury trial And 5 Amendment Right to Due Process.

(5)

D. Ground four: Counsel was Ineffective for not objecting to prior conviction used to Enhance Petitioner Life Sentence.

Supporting FACTS (state *briefly* without citing cases or law): 6 Amendent Right to Jury Trial was violated because Prior were not in indictment or Properly Challenged by Petitioner One Prior was 27 years And one prior was related to the instant offense. And only Police Report were used. Violating 5 Amendment Due Process Rights failure to give Notice of Enhanced Penalties.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Petitioner was Sentenced 5-14-2004 Conviction was not final when (Blakey v Washington 124 S.cT 2531(2004)) was decided, Making US v Booker 125 SCT 738 (2005) (Shepard v United States, 125 Sct 1254 2005) And all Leading Cases Running a foul with Petitioner.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Mark A Appleton (Public Defender)

    (b) At arraignment and plea  Same ''

    (c) At trial  N/A ''

    (d) At sentencing  Same ''

(6)

  (e) On appeal  N/A ''

  (f) In any post-conviction proceeding  Pro-se

  (g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

  (a) If so, give name and location of court which imposed sentence to be served in the future:

  (b) Give date and length of the above sentence:

  (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

X 5-1-05
  Date

X *Richard C. Mitchell*
  Signature of Movant