Civil No. _____

MAY 9 2005

United States          )
                       )
          Vs           )
                       )
Richard Mitchell       )
_____)

Motion to Support 2255 Asking Court for Time to Amend Issues No Rasied or to Support Issues Rasied Because of one year Statue And in NEED of Discovery And LAW Library Not up An Running in U.S.P Terre Haute.

Petitioner Respectfully submittes a BareBone 2255 based on No plea agreement, plea transcipts, Sentencing T.s And P.S.R from Prison.

Petitioner 2255 is Timely And filed, Petition explaives He only Needs extra time to get all documents and allow Terre Haute U.S.P finish Law Library Construction.

Date 05-01-05

Respectfully Submitted

Richard Mitchell

## Certificate of Service

I do say and depose that a copy of the forgoing motion has been mailed to A.U.S.A, Federal Building 1830 2nd Ave Rock Island IL, 61201 on this 1 day of May 2005

Under penalties of Prejury the foregoing is true and correct.

X *Richard Mitchell*