# U.S. District Court
## Central District of Illinois (Rock Island)
### CRIMINAL DOCKET FOR CASE #: 4:03-cr-40021-MMM-1
#### Internal Use Only

Case title: USA v. Mitchell
Magistrate judge case number: 4:03-mj-06406

Date Filed: 02/20/2003

Assigned to: Judge Michael M. Mihm

**Defendant**

**Richard Allen Mitchell** (1)
*TERMINATED: 06/27/2004*

represented by **Mark A Appleton**
APPLETON LAW OFFICE
PO Box 207
Aledo, IL 61231
309-582-5121
Fax: 309-582-5662
Email: lawoffice129@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846=CM.F CONSPIRACY TO
MANUFACTURE CONTROLLED
SUBSTANCE, During the period from
on or about January 1, 2002 through on
or about February 10, 2003 Conspiracy
to Manufacture, Distribute and
Possession with Intent to Distribute 50
grams or more of Methamphetamine
and 500 grams or more of a mixture and
substance containing Methamphetamine
in Violation of 21 USC 846, 841(a)(1)
and (b)(1)(A)
(1)

21:846=CM.F CONSPIRACY TO
MANUFACTURE CONTROLLED
SUBSTANCE, On or about February
10, 2003 Attempting to Manufacture
Methamphetamine and a Mixture and
Substance containing

**Disposition**

Dft committed to the custody of the
BOP for life on Count 1 and 360
months on Count 2 to run concurrently.
Dft placed on Supervised Release for 10
years on Count 1 and 6 years on Count
2 to run concurrently. No fine is
imposed, however dft is ordered to pay
$4,124.75 in Restitution jointly and
severally with co-defendant's Price,
Interial and Bryner. Interest on
restitution is waived. Dft ordered to pay
$200.00 Special Assessment.

Dft committed to the custody of the
BOP for life on Count 1 and 360
months on Count 2 to run concurrently.
Dft placed on Supervised Release for 10
years on Count 1 and 6 years on Count
2 to run concurrently. No fine is
imposed, however dft is ordered to pay
$4,124.75 in Restitution jointly and

Methamphetamine in violation of 21 USC 846, 841(a)(1) and (b)(1)(C) (2)

severally with co-defedant's Price, Interial and Bryner. Interest on restitution is waived. Dft ordered to pay $200.00 Special Assessment.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA                                represented by   **Jeffrey B Lang**
                                                    US ATTY
                                                    1830 2nd Avenue
                                                    Rock Island, IL 61201-8003
                                                    309-793-5884
                                                    Fax: 309-793-5895
                                                    Email: jeffrey.lang2@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2003 | | MINUTES: before Chief Judge Joe B. McDade. RE: HECTOR INTERIAL. Court is granting defendant's financial affidavit [1-1] and will appoint CJA counsel to represent this defendant with the understanding that the Court will look at this case at a later date to determine whether the defendant can afford to reimburse the court for CJA costs. (cc: all counsel) [ 4:03-m -6402 ] (DK, ilcd) (Entered: 01/27/2003) |
| 01/27/2003 | 2 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing James Clements to represent the defendant [ 4:03-m -6402 ] (DK, ilcd) (Entered: 01/27/2003) |
| 01/29/2003 | | MINUTES: before Mag. Judge Thomas J. Shields. RE: GEORGE PRICE. Court is setting this case for preliminary exam at 2:00 on 1/29/03 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) [ 4:03-m |

| | | -6403 ] (DK, ilcd) (Entered: 01/29/2003) |
|---|---|---|
| 01/29/2003 | | MINUTES: before Mag. Judge Thomas J. Shields. RE: GEORGE PRICE. Parties present in open court with Atty Lang and dft personally for initial appearance. Dft advised of rights. Court reviews financial affidavit and will appoint CJA counsel to represent the dft. Court is setting this case for preliminary exam/bond review at 2:00 on Friday, 1/31/03 in person in Rock Island before Judge Shields. Govt concurs with Probation's recommendation for bond. Dft is released on conditions with formal bond papers to be entered at the bond review hearing on 1/31/03. (cc: all counsel/US Mar RI/Peo/Prob) [ 4:03-m -6403 ] (DK, ilcd) (Entered: 01/29/2003) |
| 01/29/2003 | 4 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Herbert F Schultz Jr [ 4:03-m -6403 ] (DK, ilcd) (Entered: 01/29/2003) |
| 02/11/2003 | 1 | COMPLAINT Richard A Mitchell (1) count(s) cmp before Mag. Judge Thomas J. Shields [ 4:03-m -6406 ] (DK, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | 2 | AFFIDAVIT of Richard Allen Mitchell by defendant Richard A Mitchell [ 4:03-m -6406 ] (DK, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | | MINUTES: before Mag. Judge Thomas J. Shields. RE: RICHARD MITCHELL. Parties present in open court with Atty Lang and dft personally for initial appearance on complaint held at 3:00 on 2/11/03. Dft advised of his rights and understands his rights. Court reviews the dft's financial affidavit and finds the dft indigent. Court appoints Atty Mark Appleton and first appearance of Richard A Mitchell with Attorney Mark A Appleton present . Atty Appleton is in open court and case proceeds. Govt is seeking detention of this dft. Dft does not wish to have a detention hearing at this time. Dft also waives his preliminary hearing. Court finds that there is probable cause and this case is bound over to the Grand Jury. Dft is ordered detained pending trial. Dft remanded to the custody of the U.S. Marshal. (cc: all counsel/US Mar RI/Peo/Prob) [ 4:03-m -6406 ] (DK, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | 3 | ORDER of Detention of Richard A Mitchell pending trial by Mag. Judge Thomas J. Shields (cc: all counsel). [ 4:03-m -6406 ] (DK, ilcd) (Entered: 02/11/2003) |
| 02/12/2003 | | MINUTES: before Mag. Judge John A. Gorman. Court is granting defendant's financial affidavit [1-1] and request for counsel. A CJA attorney is to be appointed. (cc: all counsel) [ 4:03-m -6407 ] (DK, ilcd) (Entered: 02/13/2003) |
| 02/12/2003 | | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Atty Steve Hanna [ 4:03-m -6407 ] (DK, ilcd) (Entered: 02/13/2003) |
| 02/20/2003 | 8 | INDICTMENT by USA Jeffrey B Lang. Counts filed against Richard Allen Mitchell (1) count(s) 1, 2, George William Price (2) count(s) 1, Hector Rojio Interial (3) count(s) 1, Kirk Curtis Bryner (4) count(s) 1 (DK, ilcd) Modified on 05/15/2004 (Entered: 02/21/2003) |

| | | |
|---|---|---|
| 02/21/2003 | | MINUTES: before Mag. Judge Thomas J. Shields. RE: RICHARD MITCHELL. Court is setting this case for arraignment at 3:00 on Wed., 3/5/03 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 02/21/2003) |
| 02/21/2003 | 14 | SCHEDULING ORDER by Mag. Judge Thomas J. Shields (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 02/21/2003) |
| 02/25/2003 | | MINUTES: before Mag. Judge John A. Gorman. On 2/24/03 the deft Kirk Bryner filed a motion to continue detention hearing [15-1]. All parties agree to the continuance. Therefore the motion to continue [15-1] is granted and the detention hearing set for 3:00 on Tues, 2/25/03 for deft Bryner is cancelled. (Clerk notified all parties via phone of cancellation.) (cc: all counsel/Prob/USM Peo/RI) (KB, ilcd) Modified on 02/25/2003 (Entered: 02/25/2003) |
| 03/04/2003 | 18 | ORDER by Chief Judge Joe B. McDade. This case is relative to case # 02-40217 assigned to U.S. District Judge Michael M. Mihm; therefore, this case is reassigned to Judge Michael M. Mihm for all further proceedings. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 03/04/2003) |
| 03/04/2003 | | MINUTES: before Judge Michael M. Mihm. RE: PRICE, INTERIAL, BRYNER. This case was reassigned to Judge Mihm and therefore, the previous dates for pretrial conference and jury trial are vacated. The case is now set for pending motion/ pretrial conference at 10:00 on Thursday, 3/27/03 in person in Rock Island. The jury trial is RESET to 8:30 on Monday, 4/28/03 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 03/04/2003) |
| 03/04/2003 | | Docket Modification (Utility Event) stopping XM as dft was arraigned on 3/4/03 after indictment (DK, ilcd) (Entered: 03/18/2003) |
| 03/05/2003 | | MINUTES: before Mag. Judge Thomas J. Shields. RE: RICHARD MITCHELL. Parties present in open court with Attys Lang/Appleton and dft Mitchell personally for arraignment held on 3/5/03 . Dft waives formal reading of indictment. Dft advised of charges and possible penalties. Dft Richard Allen Mitchell arraigned; not guilty plea entered; Attorney Appleton present . Case is set for pending motion/ pretrial conference at 10:00 on Thursday, 3/27/03 in person in Rock Island. Jury trial is set at 8:30 on Monday, 4/28/03 in person in Rock Island. Both hearings are set before District Judge Michael M. Mihm. Dft remanded to the custody of the US Marshal. (cc: all counsel/US Mar RI/Peo/Prob/Court Reporter) (DK, ilcd) (Entered: 03/06/2003) |
| 03/05/2003 | 19 | SCHEDULING ORDER by Mag. Judge Thomas J. Shields (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 03/06/2003) |
| 03/27/2003 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL, GEORGE PRICE, HECTOR INTERIAL, KIRK BRYNER. Parties present in open court with Attys Lang/Appleton with dft Mitchell/Atty Schultz with dft Price/Atty Clements with dft Interial and Atty Hanna with dft Bryner for pending motion/ pretrial conference held |

| | | |
|---|---|---|
| | | on 3/27/03 . All dfts ask for a change of plea date. Case is set for change of plea for all dfts at 3:00 on Friday, 5/16/03 in person in Rock Island. The jury trial on 4/28/03 is vacated and the jury trial is RESET to 8:30 on Monday, 6/2/03 in person in Rock Island. The Court finds that it is in the interest of justice that the time between 3/27/03 and 6/2/03 is excludable pursuant to the Speedy Trial Act. Dfts Mitchell and Bryner remanded to the custody of the U.S. Marshal. Dfts Price and Interial released on current bond in full force and effect. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) Modified on 03/27/2003 (Entered: 03/27/2003) |
| 04/01/2003 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL/GEORGE PRICE/HECTOR INTERIAL/KIRK BRYNER. Court is cancelling the change of plea hearings previously set on 5/16/03 and RESETTING all defendants for change of plea hearing on Friday, 4/25/03 at 1:00 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 04/01/2003) |
| 04/24/2003 | 20 | NOTICE OF INTENT TO RELY UPON PRIOR FELONY DRUG CONVICTIONS FOR SENTENCING ENHANCEMENT by plaintiff USA (DK, ilcd) (Entered: 04/25/2003) |
| 04/25/2003 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD ALLEN MITCHELL. Parties present in open court with Attys Lang/Appleton and dft Mitchell personally for change of plea hearing held 4/25/03 . Written plea agreement filed. Dft sworn to answer questions and is found competent to proceed. Court advises dft of consequences if found guilty. Court advises dft of constitutional right to a jury trial. Statement makde by dft re: what actually occurred. AUSA makes factual basis and same agreed to by Atty and dft. Court permits dft to withdraw plea of not guilty and Richard Allen Mitchell enters guilty plea to Counts 1 and 2 herein, subject to agreement. Court accepts agreement and matter is referred to Probation Office for Presentence investigation and report. Judgment of conviction entered. Case is set for sentencing hearing at 10:00 on Friday, 8/22/03 in person in Rock Island. Dft remanded to the custody of the U.S. Marshal. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 04/25/2003) |
| 04/25/2003 | | Docket Modification (Utility Event) jury trial on 6/2/03 is vacated due to all dfts pleading guilty onn 4/25/03 (DK, ilcd) (Entered: 04/25/2003) |
| 04/28/2003 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL/GEORGE PRICE/HECTOR INTERIAL/KIRK BRYNER. The Court is cancelling the sentencing hearings previously set on 8/22/03 and is RESETTING the sentencing hearing for all defendant's at 1:00 on Friday, 9/26/03 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 04/28/2003) |
| 09/12/2003 | 25 | JOINT MOTION to continue sentencing hearing by USA as to Richard Allen Mitchell, George William Price, Hector Rojio Interial, Kirk Curtis Bryner (DK, ilcd) (Entered: 09/12/2003) |
| 09/23/2003 | | MINUTES: before Judge Michael M. Mihm. RE: |

| | | |
|---|---|---|
| | | MITCHELL/PRICE/INTERIAL and BRYNER. Court is granting Govt's motion to continue sentencing hearing for all defendants [25-1]. The sentencing hearing on 9/26/03 is vacated and the sentencing hearing is RESET to 1:00 on Friday, 11/21/03 in person in Rock Island for all defendants. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 09/23/2003) |
| 09/25/2003 | 26 | LETTER from family member of Richard Mitchell re: sentencing (DK, ilcd) (Entered: 09/25/2003) |
| 11/06/2003 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL/GEORGE PRICE/HECTOR INTERIAL/KIRK BRYNER. Court is CANCELLING the sentencing hearing previously set for 11/21/03 and is RESETTING the sentencing hearing (for all defendants) to 1:00pm on Friday, 1/16/04 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 11/06/2003) |
| 12/08/2003 | | MINUTES: before Judge Michael M. Mihm. RE: KIRK BRYNER. Pursuant to the U.S. Marshal's restrictions on funeral visitations, Court is denying dft's motion for order to Attend Defendant's father's funeral [27-1]. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 12/08/2003) |
| 01/13/2004 | | MINUTES: before Judge Michael M. Mihm. RE: MITCHELL/PRICE/INTERIAL/BRYNER. The sentencing hearing for all defendant's, previously set on 1/16/04 is hereby VACATED and will be reset at a later date. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 01/13/2004) |
| 01/22/2004 | | MINUTES: before Judge Michael M. Mihm. RE: MITCHELL, PRICE, BRYNER, INTERIAL. Court is setting this case for sentencing hearing for ALL DFTS at 9:00 on Friday, 5/14/04 in person in Rock Island. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 01/22/2004) |
| 03/09/2004 | 28 | MOTION for order for release upon recognizance based on family medical emergency by Richard Allen Mitchell (DK, ilcd) (Entered: 03/09/2004) |
| 03/09/2004 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL. The Court is in receipt of dft Mitchell's Motion for Release upon Recognzance based on Family Medical Emergency. The Court would like the U.S. Attorney's office to submit an expedited response to this motion as soon as possible. (cc: all counsel) (DK, ilcd) (Entered: 03/09/2004) |
| 03/10/2004 | 29 | RESPONSE by plaintiff USA to motion for order for release upon recognizance based on family medical emergency [28-1] (DK, ilcd) (Entered: 03/10/2004) |
| 03/10/2004 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL. Court is denying dft Mitchell's motion for order for release upon recognizance based on family medical emergency [28-1]. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 03/10/2004) |

| | | |
|---|---|---|
| 05/03/2004 | | MINUTES: before Judge Michael M. Mihm. RE: HECTOR INTERIAL. Court is granting dft Interial's motion for order to allow travel [30-1]. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 05/03/2004) |
| 05/14/2004 | | MINUTES: before Judge Michael M. Mihm. RE: RICHARD MITCHELL. Parties present in open court with Attys Lang/Appleton and dft personaly for sentencing hearing held on 5/14/04 . Presentence Report discussed and there being no objections, Court adopts the factual findings in the PSR. Govt makes sentence recommendation. Dfts atty makes sentence request. Dft makes statement on his own behalf. Court is sentencing Richard Allen Mitchell (1) on count(s) 1, 2 . Dft committed to the custody of the BOP for life on Count 1 and 360 months on Count 2 to run concurrently. Dft placed on Supervised Release for 10 years on Count 1 and 6 years on Count 2 to run concurrently. No fine is imposed, however dft is ordered to pay $4,124.75 in Restitution jointly and severally with co-defedant's Price, Interial and Bryner. Interest on restitution is waived. Dft ordered to pay $200.00 Special Assessment. Dft waived right to appeal. Dft remanded to the custody of the U.S. Marshal. (cc: all counsel/US Mar RI/Peo/Prob) (DK, ilcd) (Entered: 05/14/2004) |
| 05/14/2004 | 35 | PRESENTENCE Report on Richard Allen Mitchell ( original sealed ) (DK, ilcd) (Entered: 05/14/2004) |
| 05/14/2004 | 36 | SENTENCING recommendation (original sealed) as to defendant Richard Allen Mitchell (DK, ilcd) (Entered: 05/14/2004) |
| 05/14/2004 | 37 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Richard Allen Mitchell by Judge Michael M. Mihm (DK, ilcd) (Entered: 05/14/2004) |
| 05/21/2004 | 44 | JUDGMENT and Commitment Order as to defendant Richard Allen Mitchell by Judge Michael M. Mihm (DK, ilcd) (Entered: 05/21/2004) |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
FEB 2 0 2003
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 03-40021 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| RICHARD ALLEN MITCHELL, ) | Sections 841 and 846 |
| GEORGE WILLIAM PRICE, ) | |
| HECTOR ROJIO INTERIAL, and ) | |
| KIRK CURTIS BRYNER, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO MANUFACTURE METHAMPHETAMINE)

During the period from on or about January 1, 2002 through on or about February 10, 2003, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**RICHARD ALLEN MITCHELL,
GEORGE WILLIAM PRICE,
HECTOR ROJIO INTERIAL, and
KIRK CURTIS BRYNER,**

did conspire with each other and with other persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (ATTEMPT TO MANUFACTURE METHAMPHETAMINE)

On or about February 10, 2003, in Henry County, in the Central District of Illinois, the defendant,

**RICHARD ALLEN MITCHELL,**

did knowingly and intentionally attempt to manufacture methamphetamine, its salts, isomers, and salts of its isomers, and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

**A TRUE BILL**

_a foreperson_
**FOREPERSON**

JAN PAUL MILLER
UNITED STATES ATTORNEY
JBL

AO 245B8  (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Offenses Committed On or After November 1, 1987) |
| **Richard Allen Mitchell** | Case Number: 03-40021-001 |
| | Mark A. Appleton |
| | Defendant's Attorney |

**FILED MAY 21 2004**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

[x] pleaded guilty to count(s)  1 and 2

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 & 841(b)(1)(A) | Conspiracy to Manufacture Methamphetamine | 2/10/03 | 1 |
| 21 USC 841(a)(1) & (b)(1)(C) | Attempt to Manufacture Methamphetamine | 2/10/03 | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: -3957

Defendant's Date of Birth: /56

Defendant's USM No.: 026

Defendant's Residence Address:

Kewanee, IL 61443

Defendant's Mailing Address:

Kewanee, IL 61443

May 14, 2004
Date of Imposition of Judgment

s/Michael M. Mihm
Signature of Judicial Officer

Michael M. Mihm
U.S. District Judge
Name and Title of Judicial Officer

5/21/04
Date

AO 245B  (Rev. 8/01) Judgment in Criminal Case
 Sheet 2 — Imprisonment

DEFENDANT: Richard Allen Mitchell
CASE NUMBER: 03-40021-001

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of life on Count 1 and 360 months on Count 2 to run concurrently.

[x] The court makes the following recommendations to the Bureau of Prisons:

1. Dft serve his sentence in a facility (1) that will allow him to participate in the Comprehensive Drug Treatment Program, (2) will allow him to maximize his exposure to educational and vocational opportunities, and (3) is as close to family in Kewanee, IL as possible and FCI Oxford, WI is recommended.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at _____ [ ] a.m. [ ] p.m. on _____ .

   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before on _____ .

   [ ] as notified by the United States Marshal.

   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 8/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: Richard Allen Mitchell
CASE NUMBER: 03-40021-001

Judgment—Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  10 years on Ct 1 and 6 years on Ct 2 to run concurrently.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from any      use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
         Sheet 3A — Supervised Release

DEFENDANT: Richard Allen Mitchell
CASE NUMBER: 03-40021-001

Judgment—Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer. 2. Until the restitution in this case is paid, you shall not incur any new debts or open any additional lines of credit in excess of $250.00 without prior approval of the probation officer. 3. Until the restitution in this case is paid, you shall provide the probation officer access to any requested financial information including both your business and personal income tax returns. 4. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
        Sheet 4 — Criminal Monetary Penalties

Judgment — Page **5** of **6**

DEFENDANT: Richard Allen Mitchell
CASE NUMBER: 03-40021-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $200.00 | $ | $4,124.75 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Drug Enforcement Administration | $4,124.75 | $4,124.75 | |
| **TOTALS** | $ $4,124.75 | $ $4,124.75 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☒ the interest requirement is waived for the  ☐ fine and/or  ☒ restitution.

    ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B  (Rev. 8/01) Judgment in a Criminal Case
Sheet 4A — Criminal Monetary Penalties

DEFENDANT: Richard Allen Mitchell
CASE NUMBER: 03-40021-001

Judgment — Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [x] Lump sum payment of $ 4,324.75  due immediately, balance due

  [ ] not later than _____, or
  [ ] in accordance with [ ] C, [ ] D, or [ ] E below; or

B  [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

C  [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ] Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[x] Joint and Several

  Defendant Name, Case Number, and Joint and Several Amount:

  George William Price, 03-40021-002, Hector Rojelio Interial, 03-40021-003, Kirk Curtis Bryner, 03-40021-004.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.