E-FILED
Tuesday, 28 June, 2005  03:12:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD A. MITCHELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CASE NO. 05-4039 |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **MOTION FOR EXTENSION** |
| ) | **OF TIME TO RESPOND** |
| Respondent. ) | |

NOW COMES the Respondent, the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney, and Sara Darrow, Assistant United States Attorney for the Central District of Illinois, and moves this Court for additional time to respond to the Petitioner's Motion under § 2255, and in support hereof states:

1. The Motion was filed on May 9, 2005.

2. On June 8, 2005, Respondent was ordered to respond to said Motion within 21 days after service of the Order, or June 29, 2005.

3. Petitioner's allegations are based on claims of ineffective assistance of counsel. Therefore, an Affidavit from Petitioner's counsel must be obtained before the government can properly address Petitioner's allegations. Such Affidavit has been requested from attorney Mark Appleton, but the government has not yet received the completed Affidavit from attorney Appleton.

4. Further, the transcripts of the plea and sentencing of the Petitioner are needed in order for the government to prepare a proper response to the Motion. The sentencing transcript has been received. The transcript of the change of plea hearing has been ordered, and should be received shortly.

5. At this time, Respondent believes that an extension of sixty days should provide adequate time for Mark Appleton to complete the Affidavit, for the court reporter to deliver the plea transcript to the government, and for a Response to be prepared and filed with this Court.

6. The sixty-day extension requested herein would not unduly prejudice the Petitioner.

    Respectfully Submitted,

    UNITED STATES OF AMERICA

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

    /s/ Sara Darrow
    Sara Darrow
    Assistant United States Attorney
    1830 2nd Avenue, Suite 320
    Rock Island IL 61201
    Telephone: 309-793-5884
    Fax: 309-793-5895

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2005, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mark A. Appleton.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Richard A. Mitchell, U.S.P. Terre Haute, PO Box 12015, Terre Haute, IN 47801.

/s/ Sara Darrow
SARA DARROW
Assistant U.S. Attorney