AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 03 November, 2005 01:12:16 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

Richard Allen Mitchell

vs.

United States of America

**FILED**
NOV 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: **05-4039**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to 28 U. S. C. §2255 the petition for habeas corpus is DISMISSED. Case terminated.------------------------------------------------------------------------------------

ENTER this 2nd day of November, 2005

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY: DEPUTY CLERK